

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 22, 2023

**BY CM/ECF**
The Hon. Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Clerk is to terminate
Counsel's Appearance

*[signature]*

Re:   *United States v. Richard Regis*, 05 Cr. 1331 (CM)

Dear Judge McMahon:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Kedar S. Bhatia
    Kedar S. Bhatia
    Assistant United States Attorney
    212-637-2465

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/23